WILLIAM F. O'BRIEN *vs.* WILLIAM J. O'BRIEN.  November 2, 1956.  Order denying jury issues affirmed. Although the proceedings in the Probate Court came on to be heard on the usual three issues, statements of counsel referred only to the issue of fraud and undue influence and fell far short of justifying the granting of an issue upon that subject. *Hannon* v. *Gorman,* 296 Mass. 437.  *Wood* v. *McDonald,* 332 Mass. 220.

*Gilbert Sullivan,* for the contestant, submitted a brief.
*Paul G. Counihan,* for the proponent.

BRIGHAMS CAFE INC. *vs.* PRICE BROS. CO.  BAY STATE CAFE INC. *vs.* SAME.  ANGUS M. MACNEIL *vs.* SAME.  November 2, 1956.  Order sustaining demurrer affirmed. Judgment for the defendant. The demurrer was rightly sustained. Each count of the declaration fails to state with certainty the substantive facts necessary to constitute the cause of action. G. L. (Ter. Ed.) c. 231, § 7, Second; § 18, Fourth. Indeed, it is not possible by reading the declaration to ascertain with accuracy what cause of action was intended to be set forth in each of the counts. See *Bowles* v. *Clark,* 326 Mass. 31, 33-34. In each of the four counts, in lieu of alleging substantive facts, the declaration alleges merely, in general terms and by way of conclusions, that the defendant took action or made statements which the declaration characterizes as "false and fraudulent," "false and fictitious," "falsity," "false and groundless." Such general allegations cannot take the place of substantive allegations setting forth the essential elements of a recognized cause of action. *Caverno* v. *Fellows,* 286 Mass. 440, 443. *McCarthy* v. *Hawes,* 299 Mass. 340, 342-344. See *North Station Wine Co.* v. *United Liquors, Ltd.* 323 Mass. 48, 52. It does not appear that the plaintiff was given or sought leave to amend and it is appropriate to enter judgment for the defendant. *Keljikian* v. *Star Brewing Co.* 303 Mass. 53, 61-62. *Bowles* v. *Clark,* 326 Mass. 31, 34.

*Angus M. MacNeil,* for the plaintiffs.
*Morris Michelson,* for the defendant.